CAROLINE T. WOODBURY et al., Appellants and Respondents, *v.* CHARLES A. GARRITY et al., Appellants, and MAX SCHRAGE et al., Respondents.

(Argued January 5, 1931; decided January 14, 1931.)

*Walter E. Warner* for motion.
*James A. Gray* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellants file and serve a statutory undertaking and pay ten dollars costs of motion, in which event the motion is denied, without costs.